**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Vicki Lynn HEATER, Defendant—
Appellant.**

No. 09–30267.

United States Court of Appeals,
Ninth Circuit.

Submitted March 16, 2010.*

Filed March 29, 2010.

Ryan Archer, Assistant U.S., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Lisa Jeannine Bazant, Billings, MT, for Defendant–Appellant.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Vicki Lynn Heater appeals from the 32–month sentence imposed following her guilty-plea conviction for credit card fraud and aggravated identity theft, in violation of 18 U.S.C. §§ 1029(a)(2), and 1028A(a)(1), respectively. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Heater contends that the district court procedurally erred by failing to consider the mitigating circumstances presented

and imposed a substantively unreasonable sentence. The record indicates that the district court considered Heater's arguments and the 18 U.S.C. § 3553(a) sentencing factors. *See Rita v. United States*, 551 U.S. 338, 356–59, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007); *United States v. Carty*, 520 F.3d 984, 991–92, 995 (9th Cir.2008) (en banc). Furthermore, in light of the totality of the circumstances, including the 18 U.S.C. § 3553(a) sentencing factors, the district court's sentence is substantively reasonable. *See Carty*, 520 F.3d at 993.

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

